## UNITED STATES v. FRANK P. DOW CO., INC.

**No. 5959.**—Invoices dated Kobe, Japan, March 3, 1941, etc.
Entered at Seattle, Wash., April 2, 1941, etc.
Entry No. 3010, etc.

(Decided November 26, 1943)

*Paul P. Rao*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the plaintiff.

*Siegel & Mandell* (*Sidney Mandell* of counsel) for the defendant.

OLIVER, Presiding Judge: These appeals for reappraisement have been submitted for decision upon the following stipulation of counsel for the parties hereto:

It is hereby stipulated and agreed by the undersigned, subject to the approval of the court, that at the time of exportation of the chip roping "Hawaiian" leis, 15/16″ x 40″, involved in these cases, such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States, plus, when not included in such price, the cost of all containers and coverings of whatever nature, and all other costs, charges, and expenses incident to placing the merchandise in condition, packed ready for shipment to the United States, at yen 1.80 per gross, including carton and packing.

It is further stipulated and agreed that there was no higher foreign value for the merchandise herein at the time of exportation of the instant merchandise, and that this case may be submitted on the foregoing stipulation.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such value is yen 1.80 per gross, including carton and packing.

Judgment will be rendered accordingly.